## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory R. Massey and James Mortenson, as Trustees of the Minnesota Cement Masons Pension Fund; Arland B. Anderson and Gregory R. Massey, as Trustees of the Minnesota Cement Masons Health and Welfare Fund; Gregory R. Massey and Steven L. Kilmer, as Trustees of the Minnesota Cement Masons – Plasterers - Shophands Journeyman and Apprentice Training Fund; and Robert Ridge and Timothy Worke, as Trustees of the Minnesota Cement Masons – Plasterers – Shophands Local 633 Savings Trust Fund,<br><br>        Plaintiffs,<br><br>vs.<br><br>Nels Nelson & Sons, Inc., a Minnesota corporation; and Karen L. Nelson-Deutsch,<br><br>        Defendants. | Civil File Number: 08-CV-5957 PAM/RLE<br><br><br><br><br><br><br><br><br><br><br><br>**INJUNCTION** |

Pursuant to this Court's Order dated April 28, 2009:

1. Defendants are to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendants are delinquent, together with interest and liquidated damages.

2. Defendants are to submit forthwith to Plaintiffs' TPA all their books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments for the time period of January 1, 2008 through the present.

3. The Defendants shall cooperate in all ways with this audit.

4. Defendants are required to post with Plaintiffs' TPA a cash or surety bond in the amount of $7,500.00 to the Minnesota Cement Masons and Plasterers Fringe Benefit Funds.

5. Defendants, acting through his directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, are MANDATED to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

BY THE COURT:

Dated: April  28 , 2009

s/Paul A. Magnuson
PAUL A. MAGNUSON
United States District Judge